# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TANDREA D. PENDERGRASS,<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES, LP,<br><br>Defendant. | Case No.: 2:18-cv-12959-SJM-RSW<br><br>Honorable Judge Stephen J. Murphy, III |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TANDREA D. PENDERGRASS and the Defendant, GC SERVICES, LP, through their respective counsel and pursuant to Federal of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 18, 2019                                    Respectfully Submitted,

TANDREA D. PENDERGRASS                      GC SERVICES, LP

*/s/ Alexander J. Taylor*                                    */s/ Marcus R. Sanborn (with consent)*
Alexander J. Taylor                                             Marcus R. Sanborn
*Counsel for Plaintiff*                                          *Counsel for Defendant*
Sulaiman Law Group, LTD                                 Blevins Sanborn Jezdimir Zack PLC
2500 S. Highland Ave., Suite 200                      1842 Michigan Ave.
Lombard, Illinois 60148                                      Detroit, MI 48216
Phone: (630) 575-8181                                       Phone: (313) 338-9500
ataylor@sulaimanlaw.com                                 msanborn@bsjzlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J. Taylor*
Alexander J. Taylor