UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANDREA D. PENDERGRASS,

                              Case No. 2:18-cv-12959

        Plaintiff,

                              HONORABLE STEPHEN J. MURPHY, III

v.

GC SERVICES, LP,

        Defendant.

                            /

## ORDER DISMISSING CASE WITH PREJUDICE

On January 18, 2019, the parties stipulated to dismiss the case with prejudice, with each party to bear its own costs and attorney's fees. ECF 13. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **CLOSE** the case.

**SO ORDERED.**

                              s/ Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: January 23, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2019, by electronic and/or ordinary mail.

                              s/ David P. Parker
                              Case Manager

1